UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION
Chief Judge Robert Summerhays, Presiding

IN RE: Tyrone Alexander                                    Case No. 14-51199

---

## ORDER DISMISSING CASE

The debtors have filed a motion in accordance with 11 U.S.C. §1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. §706 or §1112.

IT IS ORDERED that this chapter 13 case is dismissed.

Lafayette, Louisiana; dated **October 14, 2014** .

**ROBERT SUMMERHAYS, Chief Judge**
**United States Bankruptcy Court**

```
Copy Sent: BNC for Noticing to all Parties per Matrix
Date: 10/14/14
By: MBC
```