UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                               CASE NUMBER: 10-51713-LO-13

TYRONE ALEXANDER

...........................................................................................................................

## OBJECTION TO MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the Debtor(s) who respectfully object to the Motion to Dismiss filed by the Trustee in the following:

1.

The Debtor fell behind on his payments due to being unemployed as a result of an on the job injury.

2.

The Debtor will file an amended plan to cure the arrearage owed to the Trustee.

3.

The Debtor has provided the Trustee with a copy of his 2011 tax returns and federal refund in the amount of $1,373.00.

WHEREFORE, the Debtor prays that after hearing the Motion to Dismiss be denied.

Respectfully submitted this 10th day of September, 2011.

                                                    **/S/ DONALD R. FUSELIER**
                                                    DONALD R. FUSELIER
                                                    ATTORNEY FOR DEBTOR
                                                    P. O. BOX 12994
                                                    NEW IBERIA, LA 70562-2994
                                                    (337) 367-0771

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Objection to Motion to Dismiss has this day been mailed to:

| | |
|---|---|
| Keith A. Rodriguez | Tyrone Alexander |
| P. O. Box 3445 | 1224 Zin Zin Road |
| Lafayette, LA  70502-3445 | Breaux Bridge, LA  70517 |

by placing a copy of same in the U. S. Mail, postage prepaid or by electronic case filing this 10th day of September, 2012.

/S/  DONALD R. FUSELIER
DONALD R. FUSELIER
ATTORNEY FOR DEBTOR