## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

**IN RE:**   TYRONE ALEXANDER                    **CASE NO: 10-51713**

## TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED PLAN
## FILED 09/25/2012

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who objects to confirmation of the debtor's plan for the reasons respectfully indicated as follows:

-Trustee has still not received debtor's 2011 state return.

**WHEREFORE,** Trustee prays that a hearing be held and after due proceeding had, the debtor's plan shall not be confirmed; or alternatively the debtor should be required to amend the plan to satisfy the objections herein.

Lafayette, Louisiana this 15th day of October, 2012.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**

**CERTIFICATE OR SERVICE**

I do hereby certify that a copy of the foregoing has been served on the debtor:

TYRONE ALEXANDER
1224 ZIN ZIN ROAD
BREAUX BRIDGE, LA  70517

and the debtor's attorney:

DONALD R FUSELIER
A PROFESSIONAL LAW CORPORATION
P O BOX 12994
NEW IBERIA, LA  70562

by placing same in the United States Mail, postage prepaid or by electronic case filing this 15th day of October, 2012.

/s/ Keith A. Rodriguez

**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**