IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:  TYRONE ALEXANDER                        CASE NO: 10-51713

### NOTICE OF AND MOTION TO DISMISS

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who moves this Court to dismiss the above captioned case for one or more of the grounds indicated below:

-The debtor has failed to make payments pursuant to the terms of the plan and/or material default by the debtor with respect to a term of the confirmed plan. The debtor is 2.45 months(s) in arrears for a total of $2,236.00.

-Per Trustee's review of the Service Members Civil Relief Act (SCRA) website, debtor is not on Active Duty on Date of Interest.

-Arrears are through July, 2014.

Any party who wishes to object to the actions of the Trustee must do so by filing a written objection electronically with the Bankruptcy Clerk no later than seven (7) days prior to the hearing date or file a Motion to Convert.

**IF AND ONLY IF** an objection is filed, a hearing will be held before the Bankruptcy Judge at U.S. Bankruptcy Court, 214 Jefferson Street, 1st Floor Suite 110, Lafayette, Louisiana 70501 at 8:30 o'clock A.M on the 13th day of August, 2014.

Any objection *shall* include the following:

a) The reasons why the debtor fell behind.
b) If the response is, "the debtor will get current", then give a detailed repayment schedule including dates and amounts of payments
c) If the response is, "the debtor has made payments not properly credited", then give the dates and amounts of such payments.
d) Where any evidence of payment is necessary to the debtor's defense, provide copies of the money orders, money order receipts, pay stubs, tax returns, tax refunds, etc., to the Trustee's office at five (5) days prior to the hearing.
e) Where information or documents are requested, same should be provided with the response.

UNLESS WAIVED IN WRITING PRIOR TO THE HEARING, THE DEBTOR'S ATTENDANCE AT THE HEARING ON THE MOTION TO DISMISS IS NECESSARY.

**WHEREFORE,** Trustee prays for an order pursuant to this motion. Trustee further prays that should cause be found to exist, this case be converted to a Chapter 7.

Lafayette, Louisiana this 7th day of July, 2014.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE**

### CERTIFICATE OR SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor:

TYRONE ALEXANDER
1224 ZIN ZIN ROAD
BREAUX BRIDGE, LA 70517

and the debtor's attorney:

DONALD R FUSELIER
A PROFESSIONAL LAW CORPORATION
P O BOX 12994
NEW IBERIA, LA 70562

by placing same in the United States Mail, postage prepaid or by electronic case filing this 7th day of July, 2014.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE**