UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                        CASE NUMBER: 10-51713-LO-13

TYRONE ALEXANDER
...................................................................................................................

## OBJECTION TO MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes the Debtor(s) who respectfully object to the Motion to Dismiss filed by the Trustee in the following:

1.

The Debtor fell behind on his payments due to being unemployed as a result of an on the job injury.

2.

The Debtor's maritime lawsuit should be settled before the bankruptcy is discharged which will pay all claims 100%.

3.

The Debtor will file an amended plan to keep his payments at $250.00 per month until his maritime lawsuit is settled.

WHEREFORE, the Debtor prays that after hearing the Motion to Dismiss be denied.

Respectfully submitted this 8th day of August, 2014.

                                                   /S/ DONALD R. FUSELIER
                                                   DONALD R. FUSELIER
                                                   ATTORNEY FOR DEBTOR
                                                   P. O. BOX 12994
                                                   NEW IBERIA, LA 70562-2994
                                                   (337) 367-0771

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Objection to Motion to Dismiss has this day been mailed to:

| | |
|---|---|
| Keith A. Rodriguez | Tyrone Alexander |
| P. O. Box 3445 | 1224 Zin Zin Road |
| Lafayette, LA  70502-3445 | Breaux Bridge, LA  70517 |

by placing a copy of same in the U. S. Mail, postage prepaid or by electronic case filing this 8th day of August, 2014.

      /S/  DONALD R. FUSELIER
      DONALD R. FUSELIER
      ATTORNEY FOR DEBTOR