**SO ORDERED.**

**SIGNED August 12, 2014.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TYRONE ALEXANDER | CASE NO: 10-51713 |

### ORDER OF DISMISSAL

The above captioned debtor(s) filed a petition in this Court under Chapter 13 of the Bankruptcy Code.

Considering that the Standing Trustee herein filed a Motion to Dismiss on 07/07/2014 and the debtor(s) did not request a hearing on the Trustee's Motion to Dimiss, and it appearing that the case should be dismissed, it is

**ORDERED** that the Chapter 13 case be and the same is hereby dismissed.

**IT IS FURTHER ORDERED** that after Trustee has disbursed the remaining funds as indicated above, the account be closed and a final accounting be filed.

**IT IS FURTHER ORDERED** that the Order directed to the employer/debtor to turn over to the Trustee a portion of wages of the debtor(s) is hereby revoked and rescinded.

**IT IS FURTHER ORDERED** that the provisions of 11 U.S.C. Sec. 362(A) and 11 U.S.C. Sec. 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect.

**IT IS FURTHER ORDERED** that the notice be sent to all creditors that the Chapter 13 case was dismissed, and that creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claim.

###

This order was prepared and is being submitted by:
Keith A. Rodriguez
Standing Chapter 13 Trustee
P O BOX 3445
LAFAYETTE, LA  70502-3445
(337)233-4413